IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Williams Sr, Don R

Printed: 11/20/07

Case Number: 06 B 11231
Judge: Hollis, Pamela S

Filed: 9/8/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:  September 17, 2007
Confirmed: November 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,151.13 |  |
| Secured: |  | 6,551.09 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 490.24 |
| Other Funds: |  | 609.80 |
| Totals: | 10,151.13 | 10,151.13 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Gleason & MacMaster | Administrative | 2,500.00 | 2,500.00 |
| 2. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 0.00 | 0.00 |
| 5. | Monterey Financial Services | Secured | 126.00 | 17.50 |
| 6. | Illinois Title Loans | Secured | 3,686.13 | 666.09 |
| 7. | Option One Mortgage Corp | Secured | 54,520.84 | 4,954.04 |
| 8. | CitiFinancial Mortgage | Secured | 10,052.98 | 913.46 |
| 9. | Monterey Financial Services | Unsecured | 35.51 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 155.29 | 0.00 |
| 11. | Illinois Title Loans | Unsecured | 207.01 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 51.30 | 0.00 |
| 13. | Ford Motor Credit Corporation | Unsecured | 454.97 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 21.41 | 0.00 |
| 15. | Schottler & Zukosky | Unsecured | 117.36 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 278.53 | 0.00 |
| 17. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 18. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 19. | Household Bank FSB | Unsecured |  | No Claim Filed |
| 20. | Nicor Gas | Unsecured |  | No Claim Filed |
| 21. | Personal Finance Company | Unsecured |  | No Claim Filed |
| 22. | RJM Acquisitions LLC | Unsecured |  | No Claim Filed |
| 23. | Capital One | Unsecured |  | No Claim Filed |
| 24. | Personal Finance Company | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Williams Sr, Don R                        Case Number: 06 B 11231
                                                     Judge: Hollis, Pamela S
Printed: 11/20/07                                    Filed: 9/8/06

                                                    _____        _____
                                                    $ 72,207.33       $ 9,051.09

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 199.69 |
| 5.4% | 290.55 |
|  | _____ |
|  | $ 490.24 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_